**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G & G Closed Circuit Events LLC, | No. CV-20-02105-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Christopher L Halstead, et al., | |
| Defendants. | |

The Court has considered Plaintiff's Motion for Alternative Service and to Extend Time for Service of Process (Doc. 16). Good cause appearing,

IT IS ORDERED granting the Motion for Alternative Service and to Extend Time for Service of Process (Doc. 16).

IT IS FURTHER ORDERED that Plaintiff shall serve Defendant Christopher L. Halstead by posting copies of the Summons and Complaint upon the Defendant's legal residence located at 6411 E. Camino De Los Ranchos, Scottsdale, Arizona 85254 and by mailing a copy of the Summons and Complaint to Defendant Halstead via USPS first class mail, postage prepaid to the above legal residence.

IT IS FURTHER ORDERED extending the time for service of Defendant

Christopher L. Halstead.  Plaintiff shall have an additional 60 days to effectuate service of the Summons and Complaint as to Defendant Halstead.

Dated this 14th day of July, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge